

# IN THE
# TENTH COURT OF APPEALS

## No. 10-17-00050-CR

## IN RE JASON MARC NORTON

## Original Proceeding

## MEMORANDUM OPINION

Jason Marc Norton has filed a petition for writ of mandamus, requesting this Court order a district judge in Brazoria County to grant Norton's motion and order the release of records so that Norton can pursue an out-of-time appeal. There are procedural problems with Norton's petition; however, we use Rule 2 to proceed to a timely disposition. TEX. R. APP. P. 2.

This Court has no jurisdiction over proceedings in Brazoria County. *See* TEX. GOV'T CODE ANN. § 22.201(k) (West 2004).[1] Accordingly, Norton's petition is dismissed for want

---

[1] Brazoria County is in the jurisdiction of the 1st and14th Courts of Appeals. TEX. GOV'T CODE ANN. § 22.201(b), (o) (West 2004). Norton's original appeal was transferred to this Court by a docket equalization

of jurisdiction.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
          Justice Davis, and
          Justice Scoggins
Petition dismissed
Opinion delivered and filed March 8, 2017
Do not publish
[OT06]



order which gave this Court jurisdiction of his direct appeal but not any other direct or ancillary proceeding not related to the enforcement of this Court's original judgment.